IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELAINE L. CHAO,<br>Secretary of Labor,<br>United States Department of Labor,<br><br>        Plaintiff,<br><br>        v.<br><br>LOCAL 308, NATIONAL POSTAL<br>HANDLERS, AFL-CIO<br><br>        Defendant | :<br>:<br>:<br>:<br>:<br>:   CIVIL ACTION<br>:<br>:   NO. 02-7685<br>:<br>:<br>:<br>: |

## UNOPPOSED MOTION FOR ENTRY OF FINAL JUDGMENT

Plaintiff respectfully moves this Court, based upon the attached Certification of Election, for entry of the attached Judgment declaring the person certified by the plaintiff as having been elected to the office of Branch President of the 30th Street Facility of Local Union 308, National Postal Handlers, AFL-CIO (hereinafter "Local 308") to be, and that she is, the duly elected officeholder of Local 308.

Counsel for the defendant has stated that defendant does not oppose entry of the proposed Final Judgment.

Respectfully,

PATRICK L. MEEHAN
United States Attorney

*Virginia A. Gibson*
VIRGINIA A. GIBSON
Assistant United States Attorney
Chief, Civil Division

Dated: October 21, 2003

*Susan R. Becker*
SUSAN R. BECKER
Assistant United States Attorney

Attorneys for Plaintiff
United States Department of Labor

2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor,<br>United States Department of Labor,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>LOCAL 308, NATIONAL POSTAL<br>MAIL HANDLERS, LIUNA, AFL-CIO,<br><br>　　　　　　　Defendant. | CIVIL ACTION<br>No. 02-7685 |

## CERTIFICATION OF ELECTION

The election having been conducted in the above matter under the supervision of the Secretary of Labor, United States Department of Labor, pursuant to an Order entered on March 13, 2003, in the United States District Court for the Eastern District of Pennsylvania, in accordance with the provisions of Title IV of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. §§ 481-484) and in conformity with the Constitution and Bylaws of the defendant labor organization, insofar as lawful and practicable, therefore:

Pursuant to Section 402(c) of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. § 482(c)), and the authority delegated to me,

      IT IS HEREBY CERTIFIED that the following named candidate has been duly elected to the office designated:

          Patricia Cormier         Philadelphia Branch President
                                               30th Street Facility

Signed this _23rd_ day of September, 2003.

                                                John H. Heaney, Chief
                                                Division of Enforcement
                                                Office of Labor-Management Standards
                                                Employment Standards Administration
                                                United States Department of Labor

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ELAINE L. CHAO,  :
Secretary of Labor,  :
United States Department of Labor,  :
                                    Plaintiff,  :
                                    :     CIVIL ACTION
                 v.  :
                                    :     NO. 02-7685
LOCAL 308, NATIONAL POSTAL  :
HANDLERS, AFL-CIO  :
                                    :
                       Defendant  :

## FINAL JUDGMENT

It appearing to the Court, that, pursuant to the Order entered on March 13, 2003, Local 308, National Postal Handlers, AFL-CIO, hereinafter "Local 308," conducted a new election of the office of Philadelphia Branch President, 30th Street Facility under the supervision of the plaintiff; and that the plaintiff has filed a Certification of Election, certifying the name of the person who was elected to office in such election, and further certifying that such new election was conducted in accordance with the provisions of Title IV of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. Section 481, et seq.), hereinafter the Act, and in conformity with the Constitution and By-laws of the defendant so far as lawful and practicable; and that no protests to the supervised election were filed with the plaintiff; and the Court having considered said Certification and being fully advised, it is upon motion of the plaintiff, hereby

ADJUDGED, ORDERED and DECREED that the person named in the Certification of Election filed as aforesaid by the plaintiff is the duly elected officeholder of Local 308.

Entered this_____ day of_____, 2003.

_____
UNITED STATES DISTRICT JUDGE

2

CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing Secretary of Labor's Motion for Entry of Final Judgment and proposed Final Judgment were mailed this 21st day of October, 2003, in a government envelope, postage prepaid, to the following:

>William T. Cannon, Esquire
>1910 Land Title Building
>100 South Broad Street
>Philadelphia, PA 19110

*Susan R. Becker*
Susan R. Becker
Assistant United States Attorney